UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HOLLIE LIN NELSON, o/b/o D.L.N.,

    Plaintiff,
v.                                    Case No. 12-15095
                                          HON. TERRENCE G. BERG
COMMISSIONER OF             HON. DAVID R. GRAND
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (Dkt. 12)**

This matter is before the Court on Magistrate Judge David R. Grand's August 13, 2013 Report and Recommendation (Dkt. 12), recommending that Defendant's Motion for Summary Judgment (Dkt. 10) be GRANTED, that Plaintiff's Motion for Summary Judgment be DENIED (Dkt. 8), and the decision of the Administrative Law Judge be AFFIRMED.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of August 13, 2013, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of August 13, 2013, (Dkt.12) is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Dkt. 10) is **GRANTED**, Plaintiff's Motion for Summary Judgment (Dkt. 8) is **DENIED**, and the decision of the Administrative Law Judge John Ransom is **AFFIRMED**.

Dated:  September 4, 2013                         s/Terrence G. Berg
                                                  TERRENCE G. BERG
                                                  UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on September 4, 2013, using the CM/ECF system, which will send notification to all parties.

                                                  s/A. Chubb
                                                  Case Manager